UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAVANNA THACKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:18 CV 703 CDP |
| | ) | |
| DENNIS W. ORICK, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER OF REMAND**

Defendant removed this action from state court invoking this Court's diversity jurisdiction. 28 U.S.C. §§ 1332, 1441. The parties have now stipulated that the amount in controversy in this litigation for each plaintiff does not exceed $75,000; that no individual plaintiff seeks damages exceeding $75,000; and that no individual plaintiff seeks a settlement or judgment exceeding $75,000. (ECF #13.) Because no party's claim satisfies the amount-in-controversy requirement in order for this Court to exercise diversity jurisdiction, I will grant plaintiffs' motion to remand. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 559 (2005) (at least one claim must satisfy the amount-in-controversy requirement for original, diversity jurisdiction to attach).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Remand [10] is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is remanded to the Circuit Court of Franklin County, Missouri, from which it was removed.

**IT IS FURTHER ORDERED** that defendant's motion to file response to plaintiffs' motion to remand out of time [12] is **DENIED as moot.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2018.